UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEON JOHN WIILLIAMS                                    CIVIL ACTION

VERSUS

CAROLYN W. COLVIN, ET AL.                        NO.: 14-00629-BAJ-EWD

RULING AND ORDER

On March 4, 2016, the Magistrate Judge recommended that "under sentence four of 42 U.S.C. § 405(g), the final decision of the Acting Commissioner of Social Security Carolyn W. Colvin, denying the applications for disability insurance benefits filed by plaintiff Leon John Williams, be affirmed and this action be dismissed." (Doc. 12 at p. 18). Objections to the Magistrate Judge's Report and Recommendation were due on March 21, 2016, and none have, to date, been filed.

The Court, having carefully reviewed the complaint, the record, and the applicable law, **APPROVES** and **ADOPTS** the **Report and Recommendation (Doc. 12)** as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Complaint (Doc. 1)** is **DISMISSED**.

Baton Rouge, Louisiana, this 23rd day of March, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA